

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00841-CV

**EX PARTE K.S.**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI05238
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's brief was filed in this appeal on January 16, 2019; therefore, the deadline for filing the appellee's brief was February 18, 2019. On February 21, 2019, this court sent a letter notifying appellee's attorney that the brief was late and requesting the attorney to respond to the court by March 4, 2019.

On March 6, 2019, appellee's attorney filed a motion to withdraw. Because the motion does not comply with Rule 6.5 of the Texas Rules of Appellate Procedure, the motion is DENIED. Appellee's attorney is ORDERED to file a motion to withdraw in compliance with Rule 6.5 within ten days from the date of this order. The motion should indicate whether appellee intends to file an appellee's brief either pro se or through new retained counsel.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.

KEITH E. HOTTLE,
Clerk of Court